**Dated: April 23, 2015**
**The following is SO ORDERED:**

_____
Paulette J. Delk
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE
### MEMPHIS DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO: 14-31490** |
| **ADEWALE ADEOLU OSINLOYE,** | **CHAPTER 7** |
| **DEBTOR(S)** | **JUDGE PAULETTE J. DELK** |

### ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the motion filed by Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-14 (hereinafter "Movant"), and after required notice to all necessary parties, and there being no objection filed or any objection filed was overruled, the Court finds as follows:

1.    That Movant's motion shall be granted.

2.    That Movant has a valid, properly perfected lien against certain property briefly described as 6605 Beaverlodge Drive, Memphis, Tennessee 38141.

    3.    That the debtor has been unable to afford Movant adequate protection for its interest in the property.

    4.    That Movant should be permitted to foreclose its security interest in the said property.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that:

1.    That the stay afforded by 11 U.S.C. §362(a) is modified to permit Movant to proceed to obtain possession of and foreclose or otherwise dispose of the property in pursuit of its state law remedies, including, but not limited to, commencing or continuing dispossessory proceedings, or taking action against said property in order to recover on its secured claim.

2.    Rule 4001(a)(3) of the Bankruptcy Code is not applicable in this case and Movant may immediately enforce and implement this order granting relief from the automatic stay.

3.    That Movant shall be permitted to communicate with the Debtor(s) and Debtor(s)'counsel to the extent necessary to comply with applicable non-bankruptcy law.

4.    That any surplus proceeds following any sale, foreclosure or other disposition of the described property, shall be paid to the Chapter 7 Trustee.

5.    That the Trustee abandons the Affected Collateral as burdensome or of inconsequential value to the estate.

###

Prepared and submitted by:

/s/ Jeremiah McGuire
Jeremiah McGuire (028150)
Brock & Scott, PLLC
3173 Kirby Whitten Road, Suite 102
Bartlett, TN 38134
Phone: (901) 969-0202
Fax: (901) 509-3852
bankruptcy@brockandscott.com

Entities to be served:

Adewale Adeolu Osinloye
6747 Devenshire Lane
Memphis, TN 38141

Jerome C. Payne
5501 Winchester Road, Suite 2
Memphis, TN 38115

Edward L. Montedonico
200 Jefferson, Suite 201
Memphis, TN 38103